```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017242
Cashier ID: nudot
Transaction Date: 03/21/2008
Payer Name: Bill Lockyer, Treasurer

WRIT OF HABEAS CORPUS
 For: Art Romo
 Case/Party: D-CAN-5-08-CV-001418-001
 Amount:       $5.00

CHECK
 Check/Money Order Num: 283-149989
 Amt Tendered:  $5.00

Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C-08-1418-JF
```

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

Art Romo T-63019
P.B.S.P D1-246
P.O.B 7500
Crescent City Ca, 95531

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAR 18 2008
MAILED FROM ZIP CODE 95531

Clerk of the Court
U.S. District Court Northern
450 Golden Gate Ave.
San Francisco, Ca, 94102