NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART ROMO, | No. C 08-1418 JF (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT A. HOREL, et al., | |
| Respondents. | |

The Court has dismissed the instant petition for a writ of habeas corpus without prejudice because Petitioner's challenges to the conditions of his confinement should be brought in a civil rights complaint pursuant to 42 U.S.C. § 1983. Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __5/8/08_____          _____
                                                         JEREMY FOGEL
                                                         United States District Judge

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.Jf\HC.08\Romo418jud.wpd